# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONNIE BARTLEY,<br><br>Defendant. | CASE NO. *[handwritten]*<br><br>JUDGE *[handwritten]*<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
(False Statement During Purchase of Firearm)

1. On or about February 21, 2021, in the Southern District of Ohio, the defendant, **CONNIE BARTLEY**, in connection with the acquisition of a firearm, to wit, a Glock, Model G20, 10mm caliber pistol bearing serial number BPMV817, from Excalibur Outdoors, LLC, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Excalibur Outdoors, LLC, which statement was intended and likely to deceive Excalibur Outdoors, LLC as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **CONNIE BARTLEY** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **CONNIE BARTLEY** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of P.R.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

1

## COUNT TWO
(False Statement During Purchase of Firearm)

2.  On or about February 21, 2021, in the Southern District of Ohio, the defendant, **CONNIE BARTLEY**, in connection with the acquisition of a firearm, to wit, a Romarm Arms, Micro Draco, .762 caliber pistol bearing serial number PMD-22646, from Opticzoom Gunshop, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Opticzoom Gunshop, which statement was intended and likely to deceive Opticzoom Gunshop as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **CONNIE BARTLEY** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **CONNIE BARTLEY** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of P.R.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

## FORFEITURE ALLEGATION

3.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.  Upon conviction of any of the offenses alleged in the Indictment, the defendant, **CONNIE BARTLEY**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Glock, Model G20, 10mm caliber pistol bearing serial number BPMV817; and
- One Romarm Arms, Micro Draco, .762 caliber pistol bearing serial number PMD-22646.

Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*_____
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**ELIZABETH GERAGHTY (0072275)**
Assistant United States Attorney

_____
**JENNIFER M. RAUSCH (0075138)**
Assistant United States Attorney

3