United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Morrison and Judge Watson

FROM: Spencer D. Harris, Deputy Clerk

DATE: 11/13/23

SUBJECT: Case Caption: USA v. Connie Bartley (SEALED)

CASE: Case Number: 2:23-CR-225

DISTRICT JUDGE: Judge Morrison

File Date: 11/9/23

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Petrocelli Robertson**

Case Number: **2:23-CR-003**   District Judge: **Watson**

File Date: **1/10/23**   Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     __Spencer D. Harris__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _Watson_

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_Michael H. Watson_
United States District Judge

s/Sarah D. Morrison
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*